UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOU ETHEL NAUDEN, ET AL                                                                                          PLAINTIFFS

v.                                        CASE NO. 4:07-CV-01058 BSM

CITY OF LITTLE ROCK, ET AL                                                                                    DEFENDANTS

## ORDER

Before the court is plaintiffs' motion for voluntary dismissal. Plaintiff moves pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss this lawsuit without prejudice. Defendants do not object. Plaintiff's motion is granted. Plaintiffs' claims are dismissed without prejudice.

Accordingly, plaintiffs' motion for voluntary dismissal (Doc. No. 14) is granted. Plaintiffs' claims are dismissed without prejudice.

IT IS SO ORDERED this 3rd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE